IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-00463-CMA-BNB

INTERNATIONAL ACADEMY OF BUSINESS AND
　FINANCIAL MANAGEMENT, LIMITED,
BRETT KING, and
GEOFFREY BARING,

　　　Plaintiffs,

v.

GEORGE S. MENTZ, and
AMERICAN ACADEMY OF FINANCIAL MANAGEMENT, LLC,

　　　Defendants.

## ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Summary Judgment as to Liability filed June 24, 2013. (Doc. # 41.) Defendants responded to this motion on July 31, 2013 (Doc. # 50), and Plaintiffs replied on August 14, 2013 (Doc. # 51). Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion.[1]

---

[1] With regard to counterclaims three through seven, Plaintiffs relied solely on their previously filed motion to dismiss as a basis for dismissing those claims rather than asserting arguments under the summary judgment standard. (*See* Doc. # 44, at 17-18.) Defendants correctly responded that those arguments were rendered moot by this Court's order denying the motion to dismiss, entered on July 17, 2013 (Doc. # 48.) Then, in the reply, Plaintiffs asserted new arguments regarding why the Court should grant summary judgment on those claims. The Court declines to address these arguments. *See United States v. Mora,* 293 F.3d 1213, 1216

Accordingly, the Court ORDERS that Plaintiffs' Motion for Summary Judgment (Doc. # 44) is DENIED.

DATED: January  09 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

(10th Cir. 2002) (citing *Codner v. United States,* 17 F.3d 1331 n.2 (10th Cir. 2002), and *Lyons v. Jefferson Bank & Trust,* 994 F.2d 716, 724 (10th Cir. 1993)) (the court need not address arguments raised for the first time in a reply brief); *Rackhouse Pub, LLC v. Proximo Spirits, Inc.*, No. 13-CV-00477-MSK-KMT, 2013 WL 5609347 (D. Colo. Oct. 11, 2013) ("It is axiomatic that courts will usually refuse to consider an argument raised for the first time in a reply brief, primarily because it deprives the opponent of the opportunity to address it.").