**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00463-CMA-BNB

INTERNATIONAL ACADEMY OF BUSINESS AND
    FINANCIAL MANAGEMENT, LIMITED,
BRETT KING, and
GEOFFREY BARING,

      Plaintiffs,

v.

GEORGE S. MENTZ, and
AMERICAN ACADEMY OF FINANCIAL MANAGEMENT, LLC,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to the parties' Notice of Dismissal Upon Settlement (Doc. # 62) and

Fed. R. Civ. P. 41(a), and in accordance with the Settlement Agreement reached

between the parties, it is hereby

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or its own attorney fees and costs.  It is

      FURTHER ORDERED that the Final Trial Preparation Conference and Jury

Selection set for March 10, 2014, and the ten-day Jury Trial set to commence March 17,

2014, are VACATED.

      DATED:  March __05__, 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge